United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Steel Parts Corp.,                                    Case No. 06-52972-R
          Debtor.                              Chapter 11
_____/

Steel Parts Corp.,
          Plaintiff,

v.                                                    Adv. No. 07-4321

Resilience Acquisition, Inc.,
          Defendant.
_____/

## Order Granting Partial Summary Judgment

For the reasons stated in this Court's opinion entered this date, it is ordered that partial summary judgment is granted in favor of Steel Parts on Count II (turnover) and Count III (unjust enrichment). Count I (breach of contract) and Count IV (conversion) are dismissed. The issue of Steel Parts' damages relating to the value of the presses will be addressed at trial.

**Signed on December 26, 2007**

                                                    /s/ Steven Rhodes
                                                   **Steven Rhodes**
                                                   **Chief Bankruptcy Judge**